IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EMMANUEL ILODIANYA                                                             PLAINTIFF

v.                              No. 4:11-cv-637-DPM

CAPITAL ONE BANK USA, N.A.;
EXPERIAN INFORMATION SOLUTIONS, INC.,
and TRANS UNION LLC.                                                          DEFENDANTS

# ORDER

The Court congratulates Ilodianya and Capital One on their settlement. № 45. The trial is cancelled and the final scheduling order is suspended. The Court will enter judgment dismissing the case with prejudice as to all defendants on 26 July 2013 unless some party requests some other relief before then.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

  10 July 2013